IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Puckett, Ronnie Alfred | Case Number: 05 B 17223 |
|---|---|---|
| | Puckett, Melva Jean | Judge: Wedoff, Eugene R |
| | Printed: 12/19/07 | Filed: 5/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: December 7, 2007
Confirmed: June 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 98,588.64 |  |
| Secured: |  | 32,446.56 |
| Unsecured: |  | 55,457.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 4,551.29 |
| Other Funds: |  | 3,933.52 |
| Totals: | 98,588.64 | 98,588.64 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | CitiMortgage Inc | Secured | 19,147.10 | 19,147.10 |
| 3. | CitiMortgage Inc | Secured | 1,129.27 | 1,129.27 |
| 4. | Toyota Motor Credit Corporatio | Secured | 12,170.19 | 12,170.19 |
| 5. | Kohl's/Kohl's Dept Stores | Unsecured | 73.98 | 73.98 |
| 6. | Marshall Field & Company | Unsecured | 6,357.35 | 6,357.35 |
| 7. | Target National Bank | Unsecured | 4,893.69 | 4,893.69 |
| 8. | American Express Centurion | Unsecured | 2,319.06 | 2,319.06 |
| 9. | Resurgent Capital Services | Unsecured | 6,153.02 | 6,153.02 |
| 10. | American Express Centurion | Unsecured | 6,736.62 | 6,736.62 |
| 11. | Resurgent Capital Services | Unsecured | 186.05 | 186.05 |
| 12. | ECast Settlement Corp | Unsecured | 6,316.75 | 6,316.75 |
| 13. | Resurgent Capital Services | Unsecured | 13,147.87 | 13,147.87 |
| 14. | ECast Settlement Corp | Unsecured | 9,272.88 | 9,272.88 |
| 15. | CB USA | Unsecured |  | No Claim Filed |
| 16. | Citicorp Savings | Unsecured |  | No Claim Filed |
| 17. | Citicorp Savings | Unsecured |  | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 19. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 90,103.83 | $ 90,103.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 522.24 |
| 5.5% | 1,755.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Puckett, Ronnie Alfred<br>Puckett, Melva Jean<br>Printed: 12/19/07 | Case Number: 05 B 17223<br>Judge: Wedoff, Eugene R<br>Filed: 5/2/05 |

```
        5%            559.54
       4.8%         1,035.76
       5.4%           677.90
                   _____
                   $ 4,551.29
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____